IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JAMAAL REID, | : | |
| Plaintiff | : | |
| vs. | : | |
| Sheriff BILL MASSEY, *et al.*, | : | NO. 5:12-CV-230 (MTT) |
| Defendants | : | **O R D E R** |

Plaintiff **JAMAAL REID** filed in this Court a *pro se* civil rights complaint under 42 U.S.C. § 1983. In an Order dated July 10, 2012 (Doc. 5), the Court instructed Plaintiff to supplement to his complaint. The Court expressly informed Plaintiff that if he failed to comply with the Court's directive within twenty-one (21) days, his case would be dismissed. To date, Plaintiff has failed to comply with the above instructions or otherwise respond to this Court's Order.[1] Such failure suggests that Plaintiff may no longer be interested in prosecuting this case. Plaintiff's complaint is therefore **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 6th day of August, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Court's July 10th Order was sent to Plaintiff at both the Bleckley Probation Detention Center (where Plaintiff was confined when he filed his complaint) and Plaintiff's home address.